**Carol L. IDE, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2006–3302.

United States Court of Appeals, Federal Circuit.

Aug. 31, 2006.

*ORDER*

Upon consideration of Carol L. Ide's motion for reconsideration of the court's order dismissing her petition for review for failure to pay the docketing fee, the docketing fee having been paid,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the dismissal order is vacated, and the appeal is reinstated. Ide's brief is due within 45 days of the date of filing of this order.